IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| CHARLES M. STEELE, : | |
| : | |
| Petitioner(s) : | |
| : | Case Number: 1:02-cv-00219 |
| vs. : | |
| : | Senior District Judge S. Arthur Spiegel |
| MICHAEL ALLEN, : | |
| : | |
| Respondent(s) : | |

JUDGMENT IN A CIVIL CASE

Decision by Court: This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

. . . that the Court hereby ADOPTS the Magistrate Judge's Report and Recommendations in full (docs. 18, 37), AFFIRMS such Report and Recommendations, DENIES WITH PREJUDICE Petitioner's Petitions for Writ and Amended Writ for Habeas Corpus (docs 1, 22) and FINDS that a certificate of appealability should not issue with respect to Petitioner's claims for relief. The Court CERTIFIES with respect to any application by Petitioner to proceed in forma pauperis, pursuant to 28 U.S.C. 1915(a)(3), that an appeal of this Order would not be taken in good faith, and therefore any motion by Petitioner for leave to appeal in forma pauperis should be denied.

| | |
|---|---|
| 4/7/06 | James Bonini, Clerk |
| | |
| | s/Kevin Moser |
| | Kevin Moser |
| | Deputy Clerk |